**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-6107**

—————

LEE ALLEN KETCHUM,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; ERNEST R.
SUTTON, Superintendent; MICHAEL F. EASLEY,

Respondents - Appellees.

—————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-98-348-1)

—————

Submitted:  March 25, 1999          Decided:  March 31, 1999

—————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Lee Allen Ketchum, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Allen Ketchum appeals the district court's order granting Respondents' motion for summary judgment and dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Ketchum v. Attorney General of North Carolina, No. CA-98-348-1 (M.D.N.C. Dec. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED